HASELL, Respondent, v. BUCKLEY, Appellant. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by Adelia A. Hasell, as executrix, against Leander J. Buckley. J. A. Straley, for appellant. F. D. Wells, for respondent. No opinion. Judgment affirmed, and motion denied, with costs.

In re HASSE. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) In the matter of the final judicial settlement of the account of Henry J. Hasse, as executor of the last will and testament of Gertrude H. Reidinger, deceased. No opinion. Decree modified, by crediting the executor with $150 rent received after the death of the testator from the Florida property, and, as so modified, affirmed, without costs to either party.

HAUCK, Respondent, v. SUPREME COUNCIL A. L. OF H., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Mary M. Hauck against the Supreme Council American Legion of Honor. No opinion. Judgment affirmed, with costs.

HAUSMAN v. MILLER et al. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by Max Hausman against Elizabeth Miller and others. No opinion. Motion denied, with $10 costs.

HAVIKIN, Appellant, v. THOMAS & BUCKLEY HOD ELEVATOR CO., Respondent. (Supreme Court, Appellate Term. April 24, 1905.) Appeal from Municipal Court, Borough of Manhattan, Seventh District. Action by John Havikin against the Thomas & Buckley Hod Elevator Company. From a Municipal Court judgment in favor of defendant, plaintiff appeals. Reversed. Nathan D. Stern, for appellant. L. P. Mingey, for respondent.

SCOTT, P. J. In our opinion the plaintiff made out a prima facie case, which cast upon the defendant the necessity of explaining the circumstances, and showing that neither it nor its servants had been negligent. Guldseth v. Carlin, 19 App. Div. 588, 46 N. Y. Supp. 357. The judgment must be reversed, and a new trial ordered, with costs to the appellant to abide the event.

HAWLEY et al., Respondents, v. BLAIR, et al., Appellants. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by William Hawley and another against Joseph A. Blair and another. R. B. Honeyman, for appellants. O. T. Hesse, for respondents. No opinion. Judgment affirmed, with costs.

HEALY, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Michael Healy against the Metropolitan Street Railway Company. A. E. Pressinger, for appellant. C. F. Brown, for respondent. No opinion. Order affirmed, with costs.

HEDORFER, Appellant, v. RUPPERT, Respondent. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by Catherine Hedorfer, as administratrix, against Jacob Ruppert. J. Frankenheimer, for appellant. G. G. Battle, for respondent.

PER CURIAM. Judgment affirmed, with costs.

LAUGHLIN, J., dissents.

HEILIG, Respondent, v. LAWRENCE ROPE WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Lizzie Heilig, an infant, by Annie Barnes, her guardian ad litem, against the Lawrence Rope Works. No opinion. Judgment and order unanimously affirmed, with costs.

In re HENDERSON. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) In the matter of the application of Harry W. Henderson for admission to the bar. Application granted.

HENTZ, Appellant, v. HAVEMEYER et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Henry Hentz against Henry O. Havemeyer and Charles H. Senff. No opinion. Motion for leave to appeal to the Court of Appeals denied.

HOSSMAN, Respondent, v. KENNEALLY, Appellant. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by Dow Hossman against John J. Kenneally, as treasurer. B. Patterson, for appellant. N. Burkan, for respondent. No opinion. Determination affirmed (90 N. Y. Supp. 357), with costs.

In re HESTER ST. SCHOOL SITE. In re ACKERMAN. (Supreme Court, Appellate Division, First Department. May 5, 1905.) In the matter of Hester street school site. In the matter of Ackerman. No opinion. Report modified, as stated in memorandum, and, as modified, confirmed. Memorandum per curiam.

HIGBEE, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by A. Marie Higbee against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

HIGBEE, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department, April 28, 1905.) Action by Joseph L. Higbee against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

HILTEBRANT, Respondent, v. BOICE, Appellant, et al. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Ac-

tion by William Hiltebrant against Hewitt Boice, impleaded, etc. No opinion. Judgment unanimously affirmed, with costs.

HIRSCHELL, Respondent, v. WOODRUFF, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1905.) Action by Anna Hirschell, an infant, etc., against John V. Woodruff. No opinion. Order affirmed, with $10 costs and disbursements.

HOFFMAN v. UNION DIME SAV. INST. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by George Hoffman against the Union Dime Savings Institution. No opinion. Motion denied.

HOGAN, Appellant, v. TREFFINGER, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Johanna Hogan, an infant, by Thomas Hogan, her guardian ad litem, against Gottlob Treffinger. No opinion. Order affirmed, with $10 costs and disbursements.

HOLTON, Respondent, v. McCAFFERTY, Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Morris L. Holton against Robert E. McCafferty. J. F. Harrison, for appellant. G. C. Frisbie, for respondent. No opinion. Judgment affirmed, with costs.

In re HOME TRUST CO. (Supreme Court, Appellate Division, Second Department. May 5, 1905.) In the matter of the application of the Home Trust Company, etc. No opinion. Motion granted. Reference ordered to John M. Ward, Esq.

In re HORSTMAN LUMBER CO. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) In the matter of the application of a majority of the directors of the Horstman Lumber Company for a voluntary dissolution. Charles F. Veeder, appellant. No opinion. Orders modified, by giving receiver credit for $1,884.88, and, as so modified, affirmed, with costs of this appeal to the receiver, payable out of the fund.

H O U G H T O N, Appellant, v. CITY OF ITHACA, Respondent. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by Peter A. Houghton against the city of Ithaca. No opinion. Judgment and order unanimously affirmed, with costs.

HOUSE et al., Respondents, v. CARR, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by Maria House and Cline E. House against Lucian C. Carr, administrator, etc. No opinion. Judgment affirmed, with costs.

HOWARD, Respondent, v. CITY OF FULTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1905.) Action by James S. Howard against the city of Fulton. No opinion. Motion to dismiss appeal denied, with $10 costs.

H. REMINGTON & SON PULP & PAPER CO., Respondent, v. WATER COM'RS OF CITY OF WATERTOWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by the H. Remington & Son Pulp & Paper Company against the water commissioners of the city of Watertown. No opinion. Interlocutory judgment affirmed, with costs.

HUBBARD, Respondent, v. MASON, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Guy H. Hubbard against Homer B. Mason. No opinion. Reargument ordered, and case set down for June 7, 1905.

HUBER, Appellant, v. CLARK, Respondent. (Supreme Court, Appellate Division, Second Department. May 5, 1905.) Action by Hugo F. Huber against Bernard S. Clark, as temporary administrator of James Swann, deceased, etc. No opinion. Order affirmed, with $10 costs and disbursements.

HUDSON RIVER WATER POWER CO. v. GLENS FALLS GAS & ELECTRIC CO. et al. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by the Hudson River Water Power Company against the Glens Falls Gas & Electric Company and others. No opinion. Motion denied, and case set down for Wednesday of third week, or on such day as counsel may agree.

HUMES, Appellant, v. HAMMOND TYPEWRITER CO., Respondent. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by William T. Humes against Hammond Typewriter Company. H. B. B. Stapler, for appellant. A. Brough, for respondent.

PER CURIAM. Judgment affirmed, with costs.

LAUGHLIN, J., dissents.

HUTCHINSON, Respondent, v. BIEN, Appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1905.) Action by David W. Hutchinson against Franklin Bien, as receiver, etc. No opinion. Motion for leave to appeal to the Court of Appeals denied. Motion to vacate stay of proceedings granted.

INTERNATIONAL SILVER CO., Respondent, v. THOMAS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1905.) Action by the International Silver Company against Orlando F. Thomas.

PER CURIAM. Order modified, by providing that examination of the witnesses produced by the plaintiff be continued from day to day until completed, that such examination be concluded on or before July 1, 1905, and that, in case such examination occupies more than five days, the plaintiff be required to pay to defendant's attorney $10 for each day in excess of five so occupied, in addition to the sum specified in the order appealed from, and, as so